## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GERALD WHITAKER, ADC #141195                                                      PLAINTIFF

v.                                  No. 5:11CV00116 JLH-JTK

RAY HOBBS, et al.                                                                DEFENDANTS

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 1st day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE